UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CAROLINA PARJON ESCOBAR,

    Plaintiff,

v.                                                                                                          Case No. 1:13-cv-20974-KMW

PK GRAPHICS.COM EXPRESS,
INC., WILLIAM WILFREDO
LUGO, LUGO & PEREDES, LLC and
JOYCE R. PAREDES,

    Defendants.
_____/

**DEFENDANTS' WITNESS LIST**

Defendants, by and through their undersigned counsel and pursuant to the Court's Scheduling Order entered May 20, 2013, submits their list of fact witnesses and addresses to Plaintiff.

1. William Lugo, C/O Counsel for Defendants.

2. Plaintiff.

3. Defendants reserve the right to identify additional fact witnesses and supplement their Witness List with additional persons revealed through discovery.

                                                    /s/Vincent B. Lynch
                                                    Vincent B. Lynch, Esq.
                                                    Florida Bar No. 0917801
                                                    Counsel for Defendants
                                                    Executive Law Group
                                                    3001 N. Rocky Point Dr. E., Suite 208
                                                    Tampa, FL   33629
                                                    (813) 367–3505
                                                    Vincent@execlawgroup.com

1

## **CERTIFICATE OF SERVICE**

      The above signed certifies that a true and correct copy of the foregoing was filed and served upon counsel for Plaintiff by CM/ECF on May 31, 2013.